■ ROBERT E. RICE et al., Appellants, v RICHARD T. TEMPLE et al., Respondents. — Order of the Supreme Court, Dutchess County (Delaney, J.), entered July 24, 1980, affirmed, with $50 costs and disbursements (see *Merced v New York City Health & Hosps. Corp.,* 44 NY2d 398; *Brush v Olivo,* 81 AD2d 852; *Winters v Beck,* 79 AD2d 706; *McKnight v New York City Health & Hosps. Corp.,* 70 AD2d 587). Mollen, P. J., Hopkins, Titone, Weinstein and Bracken, JJ., concur.